### 2010-0372. In re Application of Binaut.

On February 26, 2010, the Board of Commissioners on Character and Fitness filed its final report in this court pursuant to Gov.Bar R. I(12)(E), recommending that Adam Michael Binaut's application for admission to the Ohio bar be disapproved because he violated bar examination rules by returning to a Multistate Performance Test item after time was called. No objections were filed. Upon consideration thereof,

It is ordered by the court that consistent with the recommendation of the board, the application of Adam Michael Binaut for admission to the practice of law in Ohio is disapproved and that he be permitted to reapply for admission in July 2010 by filing a supplemental character questionnaire. Upon reapplication, Adam Michael Binaut shall undergo review by the board, and upon a recommendation of approval by the board, he shall be admitted to the practice of law in Ohio.

BROWN, C.J., not participating.

## CASE ANNOUNCEMENTS

*May 12, 2010*

[Cite as *05/12/2010 Case Announcements #2*, 2010-Ohio-2078.]

## MOTION AND PROCEDURAL RULINGS

### 2010-0853. In re Beuke.

In Habeas Corpus. This cause originated in this court on the filing of a petition for a writ of habeas corpus and a motion for stay of execution. Upon consideration thereof,

It is ordered by the court, sua sponte, that the state of Ohio shall file a response to the petition for writ of habeas corpus and motion for stay of execution no later than 7 p.m. on Wednesday, May 12, 2010. The state of Ohio shall file the response by emailing it to the Clerk's office and shall also serve a copy of the response on all other parties to the case by email or facsimile transmission.

## CASE ANNOUNCEMENTS

*May 13, 2010*

[Cite as *05/13/10 Case Announcements*, 2010-Ohio-2079.]

## MERIT DECISIONS WITHOUT OPINIONS

### 2010-0853. In re Beuke.

In Habeas Corpus. On petition of Michael Francis Beuke for a writ of habeas corpus, Beuke's application for a stay of execution scheduled for May 13, 2010, respondent's motion to dismiss, and Beuke's memorandum in opposition to the motion to dismiss.

Motion to dismiss granted. Motion for stay of execution denied. Cause dismissed.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.